IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00353-02-CR-W-DGK |
| ) | |
| ARMANDO QUINTANA-GALAZ, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Armando Quintana-Galaz appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to the lesser included charge of Count One of the Indictment charging him with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, that is, conspiracy to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, to Count Seven charging him with a violation of 18 U.S.C. § 924(c)(1)(A)(i), that is, knowingly possessing firearms in furtherance of a drug trafficking crime, and to Count Thirteen charging him with a violation of 8 U.S.C. § 1326(a), that is, illegally re-entering the United States after having been removed therefrom.  The defendant also agreed to forfeiture of the United States currency identified in the Bill of Particulars.   The Plea Agreement states that the Government agrees to dismiss Counts Two and Eleven at sentencing.  I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses.  A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Armando Quintana-Galaz's plea of guilty be accepted and that defendant Quintana-Galaz be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge