# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CR-00353-DGK-2 |
| ARMANDO QUINTANA-GALAZ, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 13, 2019, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (Doc. 169) recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of conspiracy to distribute fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846; knowingly possessing firearms in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and illegally re-entering the United States after having been removed therefrom in violation of 8 U.S.C. § 1326(a).

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); L.R. 74.1(a)(2). Considering the evidence in the record and the lack of objection from either party, the Court adopts Judge Counts' Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the aforementioned crimes.

**IT IS SO ORDERED.**

Date: September 30, 2019  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT